IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| IN RE: | ) | CV. NO. 00-00375 BMK |
| HAWAII FEDERAL ASBESTOS CASES | ) ) | |
| This Document Applies to: | ) ) | |
| MELVIN D. MONIZ and FRANCINE MONIZ, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| OWENS CORNING, formerly known as OWENS-CORNING FIBRGLAS CORPORATION, a Delaware corporation, et al. | ) ) ) ) ) | |
| Defendants. | ) | |
| _____ | ) | |

ORDER OF RECUSAL

To avoid a conflict of interest, the appearance of impropriety, or any reasonable question regarding my impartiality, I hereby recuse myself from any and all proceedings in this case.

IT IS SO ORDERED.



/s/ Barry M. Kurren
United States Magistrate Judge
Dated: August 10, 2006